

# NUMBER 13-14-00099-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

O.F. JONES III, INDIVIDUALLY, D/B/A
LAW OFFICE OF O.F. JONES III,                                    Appellant,

v.

RICHARD WHATLEY,                                                  Appellee.

### On appeal from 267th District Court
### of Calhoun County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to reverse and remand and for immediate issuance of mandate. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court reverse and set aside the judgment of the trial court, without regard to

the merits, and remand this case for entry of an order dismissing all claims of all parties with prejudice.

We REINSTATE this case. We GRANT the motion and set aside the trial court's judgment without regards to the merits and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. The parties request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
29th day of May, 2014.

2